DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AHMED YUSUF AL HUSSEIN and SARA TSEHAIE GHEZEHEI<br><br>Plaintiffs,<br>vs.<br><br>JANET NAPOLITANO, ET AL.,<br><br>Defendants. | Case No: 2:10-cv-00979-KJD-PAL<br><br><br>Order |

This matter comes before this Court pursuant to LR IA 10-3 and Defendant's Motion to Permit Appearance of Government Attorney, which seeks an order permitting Mr. Erik R. Quick to appear before this Court representing Defendants on behalf of the United States Department of Justice in all matters relating to the above-captioned case.

Mr. Quick is an attorney with the United States Department of Justice, an agency of the federal government. Mr. Quick is a member of good standing of the highest court of the Commonwealth of Virginia, State Bar No. 37380.

1    IT IS THEREFORE ORDERED that Mr. Erik R. Quick is admitted
2 to appear before this Court for all matters relating to the
3 above-captioned case.

                              IT IS SO ORDERED:

                              _____
                              UNITED STATES DISTRICT JUDGE

                              DATED: October 19, 2010